# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § § § § § § § |
| v. | |
| DONALD WERKSTELL, KATHY WERKSTELL. | |

Civil Action No. 4:16-CV-280
(Judge Mazzant/Judge Nowak)

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 27, 2016, the report of the Magistrate Judge (Dkt. #20) was entered containing proposed findings of fact and recommendations that Defendants Donald Werkstell and Kathy Werkstell's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Brief in Support (Dkt. #5) be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Donald Werkstell and Kathy Werkstell's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Brief in Support (Dkt. #5) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 25th day of October, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE